UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSIE Y. MORGAN (#356435)     CIVIL ACTION

VERSUS

FREDERICK BOUTTE, ET AL.     17-622-SDD-RLB

## RULING

On or about September 6, 2017, the *pro se* Petitioner, an inmate confined at Louisiana Correctional Institute for Woman, St. Gabriel, Louisiana, filed a *Notice of Intention to File for Habeas Review*.[1]

Pursuant to correspondence dated October 3, 2017,[2] the Court advised the Petitioner that her pleadings were deficient and directed her to, within twenty-one days, submit her application on an approved form and submit a Motion to Proceed *In Forma Pauperis*, or pay the Court's filing fee. Attached to the Court's correspondence were blank copies of the pertinent forms for the Petitioner's review and completion, and the referenced correspondence advised the Petitioner that "failure to amend the pleadings and/or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice."

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the Petitioner has failed to respond to the Court's directives. The Petitioner filed a Motion to Proceed *In Forma Pauperis*,[3] but she did not submit her application on the approved form. Accordingly,

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.
[3] Rec. Doc. 3.

**IT IS HEREBY ORDERED** that the above-captioned proceeding be DISMISSED WITHOUT PREJUDICE for failure of the Petitioner to correct the deficiencies of which she was notified. *Judgment* shall be entered accordingly.

**IT IS FURTHER ORDERED** that the Petitioner's *Motion*[4] is DENIED AS MOOT.

Baton Rouge, Louisiana the 5 day of December, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[4] Rec. Doc. 3.